UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00158-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. GORDON DALE SANCHEZ,

     Defendant.

_____

**ORDER**

_____

THIS MATTER comes before the Court on the Government's Motion to Disclose

Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises,

the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is **GRANTED**, and that grand jury

testimony and grand jury exhibits and other materials may be disclosed to Defendant

and his attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that

such materials are disclosed only to the defendant and his attorney; that the

defendant's attorney shall maintain custody of such materials, and shall not reproduce

or disseminate the same; and that such materials shall be returned to the United States

at the end of the case.

-1-

Dated:  April 27, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge