**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 31, 2008 | Probation: | Jan Woll |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

Criminal Case No: **07-cr-00158-WYD**          Counsel:

UNITED STATES OF AMERICA,          Kenneth M. Harmon

       Plaintiff,

v.

**1. GORDON DALE SANCHEZ**,          Nathan D. Chambers

       Defendant.

**SENTENCING**

**2:16 p.m.**     Court in Session - Defendant present (on-bond)

        **Change of Plea Hearing - November 15, 2007, at 1:30 p.m.
        Plea of Guilty - count 1 of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

2:17 p.m.     Statement and argument on behalf of Government (Mr. Harmon).

2:28 p.m.     Statement on behalf of Probation (Ms. Woll).

2:29 p.m.     Statement on behalf of Defendant (Mr. Chambers).

2:38 p.m.     Statement by Defendant on his own behalf (Mr. Sanchez).

2:52 p.m.     Statement on behalf of Government (Mr. Harmon).

Court makes findings.

**ORDERED:** Government's Motion for Departure Pursuant to 5K1.1 (#48 - 10/29/08) is **GRANTED.**

**ORDERED:** Defendant is placed on **probation** for a term of **4** years.

**ORDERED:** **Conditions** of **Probation** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) for supervised releases cases as the offense is not drug related, and there is no current or past history of substance abuse.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

(X) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

| | |
|---|---|
| **ORDERED:** | Defendant to make **restitution** as follows:<br>**$92,117.00 to be made payable to the following victim(s):** |

| Victims | Amount |
|---|---|
| Internal Revenue Service<br>Attn: MPU, Stop 151 (Restitution)<br>P.O. Box 47-421<br>Doraville, GA  30362 | $92,117.00 |

*The Court has determined that the defendant does not have the ability to pay interest and the interest requirement is waived by the Court.*

| | |
|---|---|
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within ten (10) days.  Defendant advised of right to appeal in forma pauperis. |

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**:  **BOND CONTINUED.**

| | |
|---|---|
| **3:04 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   0:44**